MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
John Bye

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN BYE, ) <br> ) <br> Defendants. ) | Case No.: 2:14 CR 034 JAM <br><br> STIPULATION AND ORDER <br> CONTINUING STATUS CONFERNCE |

Defendant John Bye by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby stipulate and agree to continue the status hearing in the above-captioned case from Tuesday, April 1, 2014 at 9:45 a.m. to Tuesday, May 6, 2014 at 9:45 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rules T2 and T4.

The continuance is requested to review the significant amount of discovery, review the items with the agent, review the discovery with the client, conduct additional investigation and discuss settlement options.

It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: March 27, 2014                    The CHASTAINE LAW OFFICE


                                    By: _____/s/ Michael Chastaine
                                         MICHAEL CHASTAINE

1

                                          Attorney for John Bye

Dated: March 27, 2010                BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:   /s/ Kyle Reardon
                                                KYLE REARDON
                                                Assistant U.S. Attorney

## ORDER

    GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

    IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, April 1, 2014 at 9:45 a.m. be continued to Tuesday, May 6, 2014 at 9:45 a.m. and that the period from April 1, 2014 to May 6, 2014 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated:   3/27/2014                          /s/ John A. Mendez
                                          HONORABLE JOHN A. MENDEZ
                                          District Judge
                                          United States District Court