BENJAMIN B. WAGNER
United States Attorney
SHERRY D. HARTEL HAUS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>JOHN FRANKLIN BYE,<br><br>                  Defendant | CASE NO.  14-CR-34-JAM<br><br>STIPULATION TO CONTINUE RESTITUTION HEARING |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was set for restitution hearing on November 4, 2014.

2. By this stipulation, the parties now move to continue the restitution hearing until December 16, 2014 at 1:30 p.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government is working with multiple victims' counsel and defense counsel to determine whether a settlement agreement may be reached, and the parameters of any such agreement.

1

        b.     The restitution requests received by victims' counsel include extensive materials regarding the claimed harms to the victims, and request significant sums.

        c.     Neither party objects to the continuance.

IT IS SO STIPULATED.

DATED:     NOVEMBER 3, 2014

/s/ Sherry D. Hartel Haus  
SHERRY D. HARTEL HAUS  
Assistant United States Attorney

DATED:     NOVEMBER 3, 2014

/s/ Michael Chastaine  
MICHAEL CHASTAINE  
Counsel for Defendant

## O R D E R

IT IS SO FOUND AND ORDERED this 4th day of November, 2014.

/s/ John A. Mendez  
UNITED STATES DISTRICT COURT JUDGE