1  BENJAMIN B. WAGNER
   United States Attorney
2  SHERRY D. HARTEL HAUS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 14-CR-00034-JAM |
   |---|---|
12 |                       Plaintiff, | **REQUEST TO SEAL EXHIBITS C THROUGH G TO MOTION FOR RESTITUTION AND SEALING ORDER.** |
13 |                           v. |  |
14 | JOHN FRANKLIN BYE, |  |
15 |                       Defendant. | TRIAL: February 17, 2015<br>TIME:   9:00 a.m.<br>COURT: Honorable John A. Mendez |
16

17                              **SEALING ORDER**

18     Upon application of the United States of America and good cause having been shown,

19     IT IS HEREBY ORDERED that the REQUEST TO SEAL DOCUMENTS and the documents

20 that are the subject of such Request shall not be disclosed to any person other than the government

21 attorneys in this matter, Defendant and Defendant's counsel in this matter, unless otherwise ordered by

22 this Court.

23

24
   Dated:        2/3/2015                              /s/ John A. Mendez
25                                                  HONORABALE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT
26                                                  JUDGE

27

28

SEALING ORDER                                1